# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH HOWARD,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CITY OF PORTERVILLE; PORTERVILLE UNIFIED SCHOOL DISTRICT; AND DOES 1-10,<br><br>　　　Defendants. | Case: 1:16-cv-01071-AWI-SAB<br><br>**ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>(ECF No. 15) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　1.　Plaintiff shall file a first amended complaint within five days of the date of service of this order; and

　　2.　Defendant's Amended Answer will be due within thirty (30) days thereafter.

IT IS SO ORDERED.

DATED: **Dec 28, 2016**

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　United States Magistrate Judge