UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUDITH HOWARD,**<br><br>       Plaintiff,<br><br>   v.<br><br>**CITY OF PORTERVILLE; PORTERVILLE UNIFIED SCHOOL DISTRICT**; and Does 1-10,<br><br>       Defendants, | **Case No**. 1:16-CV-01071-AWI-SAB<br><br>**[ORDER] TO EXTEND DATE FOR FILING DISMISSAL** |

   Plaintiff JUDITH HOWARD ("Plaintiff") and Defendant PORTERVILLE UNIFIED SCHOOL DISTRICT ("Defendant") hereby stipulate to extend the deadline to file Dismissal to May 26, 2017.

IT IS SO ORDERED.

Dated:   May 12, 2017                                    _____
                                                                          SENIOR DISTRICT JUDGE

1